# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                          RE:    Greg Villana Magliba
                                  Docket Number: 1:97CR05190-01 AWI
                                  PERMISSION TO TRAVEL
                                  <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The supervisee is requesting permission to travel to San Fabian, Pangasinan, Philippines. The undersigned officer previously contacted Assistant United States Attorney Karen Escobar who offered no objections with out of country travel as long as the supervisee is in compliance. It is assured that the supervisee is current with all supervision obligations, and the probation officer recommends approval be granted.

This is the supervisee's seventh request to travel with the first request being approved on August 31, 2007, and the most recent approved on December 9, 2008. On all occasions, the undersigned officer had no objections and the Court authorized travel. Upon return to the Eastern District of California, the supervisee has reported to the United States Probation Office either in person or by telephone. The supervisee continues to comply with his supervision conditions and has not presented any problems with prior out of country travels.

**Conviction and Sentencing Date:** On August 2, 1999, Mr. Magliba was sentenced for the following offense(s), to wit: Conspiracy to Distribute and Possess With the Intent to Distribute Crystal Methamphetamine.

**Sentence imposed:** The supervisee was sentenced to 135 months Bureau of Prisons; 60 months supervised release; $100 special assessment; and mandatory testing. <u>Special</u>

**RE:** Greg Villana Magliba
**Docket Number: 1:97CR05190-01 AWI**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

<u>conditions</u> include: 1) Search; 2) Not to dispose assets; 3) Provide access to financial information upon request; 4) Not to incur new credit charges or open additional lines of credit; 5) Drug/alcohol testing and treatment; 6) pager/cellular phone restrictions; 7) Mental health counseling; 8) Aftercare co-payment; and 9) Drug offender registration.

**Dates and Mode of Travel:** The supervisee is requesting Court permission to travel to San Fabian, Pangasinan, Philippines from April 3, 2009, through May 2, 2009. He will travel via Philippine Airlines departing April 3, 2009, at 10:30 pm on flight PR105; and returning on May 2, 2009, at 8:30 pm on flight PR 104.

**Purpose:** The supervisee requests that the Court allow him to tend to his church in the following manner: 1) Preside over main church's holy week activities (being the spiritual leader of the Crusaders of the Divine Church of Christ, Philippines Inc.); 2) Consecrate new clergies, new members and newly finished churches in the Philippines; 3) Perform ministry and divine healing; 4) Preside over the last distribution of his late father's personal assets among my siblings; 5) Commemorate his father's first year anniversary of his death; and 6) Check and possible audit various family income properties as well as look into a new business venture. *Attached is a letter submitted by Mr. Magliba outlining his purpose for the trip.*

Respectfully Submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**United States Probation Officer**

**DATED:** March 9, 2009
Fresno, California
jtp

**REVIEWED BY:** /s/ Michael W. Armistead   for
**HUBERT J. ALVAREZ**

**RE:   Greg Villana Magliba
        Docket Number:   1:97CR05190-01 AWI
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____**X**_____          Disapproved _____

IT IS SO ORDERED.

**Dated:   March 11, 2009**                    _____*/s/* **Anthony W. Ishii**_____
                                               CHIEF UNITED STATES DISTRICT JUDGE